Jorge Luis Valdez #P96497
California Correctional Institution
PO Box 1902
Tehachapi, CA 93581



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA. WESTERN DIVISION

| | |
|---|---|
| Jorge Luis Valdez<br><br>V.<br><br>Molina et al. | CASE NO. CV 15-0805-DOC-(RAO)<br><br>PLAINTIFF JORGE LUIS VALDEZ IS REQUESTING PERMISSION FROM THE COURT FOR A COURT ORDER UPON CALIFORNIA CORRECTIONAL INSTITUTION (CDCR) TO ALLOW PLAINTIFF THE ACCOMADATION AND ACCESS TO VIEW DISCS (EVIDENCE IN THIS CIVIL ACTION) IN ORDER TO PROCEED IN THIS CIVIL ACTION. |

TO THE HONORABLE COURT:

I, JORGE LUIS VALDEZ IS REQUESTING A COURT ORDER FROM THE HONORABLE COURT TO ORDER CALIFORNIA CORRECTIONAL INSTITUTION (CDCR) TO ALLOW PLAINTIFF IN THIS CIVIL ACTION TO HAVE ACCESS OR THE PROPER ACCOMADATION TO VIEW DISCS WHICH ARE PART OF THIS LITIGATION AND NEEDS TO BE REVIEWED IN ORDER TO PROCEED IN THIS CIVIL ACTION. I HAVE MADE ALL THE EFFORTS NECESSARY AT THIS INSTITUTION AND TO NO AVAIL. I AM ENCLOSING PROOF OF THE EVIDENCE I'VE MADE TO RESOLVE THIS MATTER.

I THANK YOU FOR YOUR TIME.

DATED: 8-19-2016

Respectfully,
Jorge Luis Valdez

Litigation Cordinator

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| VALDEZ | JORGE | P96497 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-1B-206 | UNASSIGNED | | legal matter. |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Litigation Cordinator, I am a pro se inmate requesting the opportunity to be allowed to view a disc containing transcripts regarding an active case (Case No. 15-CV-00805-DOC-RAO). I have discovery deadlines that need to be met (Aug. 21, 2016. In order to respond to the requested information by requesting party I need to view the contents of transcripts. Thank you for your time.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: ___/___/___
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| L. Marin | 8-2-16 | L. Marin | YES |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| Litigation | 8-2-16 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Dailo, LTCO | 8/9/16 | | 8/9/2016 |

CCI currently do not have the resources to provide you so you may view your CD. Feel free to inform the court so they can provide you a hard copy. CCI do not have any computer, that allow inmate access, for the purpose of viewing a CD evidence. Inform the court ASAP so they can provide you with hard copy.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy

STATE OF CALIFORNIA  
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**  
CDCR 22 (10/09)  
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE |
|---|---|---|---|
| VALDEZ | JORGE | P96497 | [signed] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| A-1B-206 | UNASSIGNED | | — Litigation — |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

"CCI Montoya" I apologize for the constant requests, but I really need your assistance on scheduling a time and date in the Bill Room to view the legal discs and review the material in order to proceed with my litigation, I have a due date of Aug. 21, 2016. This is a very important matter.
— Thank you for your time —

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☒ SENT THROUGH MAIL: ADDRESSED TO: CCI Montoya                    DATE MAILED: 8 / 7 / 16
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|---|
| | | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| MONTOYA, F. | 8/15/16 | X | |

I spoke with the litigation department, they recommend you get a physical copy of the documents that are on the CD-ROM. CCI can not run an unknown disc in our computer program.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

**California Correctional Institution**

Name: Jorge Luis Valdez
CDC #: P96197
Facility A Building 16 Bed 206
P.O. Box 1906
Tehachapi, CA 93581

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 1902
Facility B - P.O. Box 1906
Facility C - P.O. Box 1905
Facility D - P.O. Box 608
Facility E - P.O. Box 107
Administration - P.O. Box 1031

CA STATE PRISON
CCI - TEHACHAPI
FACILITY A BLDG 1

Legal Mail

RAO

United States District Court
Central District of California Western Division
Att: Deputy Clerk
1312 N. Spring St.
Los Angeles, CA 90012

3/7