# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS VALDEZ, <br><br> Plaintiff, <br><br> v. <br><br> MOLINA, et al., <br><br> Defendants. | Case No. ED CV 15-0805 DOC (RAO) <br><br> **ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Appointment of Counsel (Dkt. No. 159); Plaintiff's Resubmitted Request for Appointment of Counsel (Dkt. No. 175); all of the other records and files herein; and the Magistrate Judge's Amended Report and Recommendation ("Amended Report"). The time for filing objections to the Amended Report has passed and no objections have been received.[1] The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

---

[1] On December 11, 2017, Plaintiff constructively filed an objection to the initial Report and Recommendation, which was received by the Court after the Amended Report issued. (Dkt. No. 182.) In the objection, Plaintiff simply states that he "respectfully objects to the recommendation made by the honorable Magistrate Judge." (*Id.*)

Accordingly, IT IS ORDERED that Plaintiff's Motions for Appointment of Counsel are DENIED.

DATED: January 8, 2018

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE