# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JORGE LUIS VALDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendant. | Case No. CV 15-0805-DOC (RAO)<br>[*The Hon. David O. Carter, Magistrate Judge Rozella A. Oliver*]<br><br>**[PROPOSED]**<br><br>**JUDGMENT ON GENERAL VERDICT** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　　On February 11, 2019, this action came on for a jury trial before the Honorable David O. Carter, Judge Presiding. On February 13, 2019, the jury rendered its unanimous verdict in this case. In accordance with the jury's verdict and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

　　　IT IS ADJUDGED that:

　　　1.　　Plaintiff JORGE LUIS VALDEZ takes nothing by this suit;

　　　2.　　This action is dismissed on its merits; and

　　　3.　　Defendant SGT. TIMOTHY WHITE may recover his costs of suit as

///

1  taxed in this matter from the plaintiff JORGE LUIS VALDEZ.

2

3  DATED:  February ___, 2019

4
   _____
5  Hon. David O. Carter
   United States District Court Judge

# PROOF OF SERVICE

**Jorge Luis Valdez v. County of Riverside**
**Case No.: CV 15-0805-DOC-(RAO)**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 19800 MacArthur Boulevard, Suite 900, Irvine, CA 92612.

On February 15, 2019, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT ON GENERAL VERDICT** on the interested parties in this action as follows:

| | |
|---|---|
| Charles L. Murray III<br>444 South Flower Street, Suite 2530<br>Los Angeles, CA 90071<br>T: (213) 627-5983<br>F: (213) 627-6051 | Counsel for Plaintiff,<br>JORGE LUIS VALDEZ, JR. |

**X**    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

**BY PERSONAL SERVICE:** I caused to be served to the person at the addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2019, at Irvine, California.

/s/ Diane Esparza
Diane Esparza